### 21342.   NICHOLSON v. BALKCOM.

DUCKWORTH, Chief Justice.   The only showing of service of the bill of exceptions is a certificate by plaintiff in error that he had served the defendant by mailing same.   This clearly falls short of the requirement found in the statute (*Code Ann.* § 6-911; Ga. L. 1953, Nov-Dec. Sess., pp. 440, 456).   The record thus showing a lack of service, the Supreme Court is without jurisdiction, and the writ of error must be dismissed. *Walden v. Weston*, 183 Ga. 276 (188 SE 335); *Warnock v. Woodard*, 183 Ga. 367 (188 SE 336).
*Writ of error dismissed. All the Justices concur.*
SUBMITTED SEPTEMBER 11, 1961—DECIDED SEPTEMBER 12, 1961.

Edgar Lee Nicholson, *pro se.*

*Eugene Cook, Attorney-General, Earl L. Hickman, Assistant Attorney-General*, contra.